DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David Wehrle, | ) | |
| | ) | APPEAL CASE NO.  5:09 CV 2930 |
| Appellant, | ) | |
| | ) | BANKRUPTCY COURT CASE NO. 09- |
| v. | ) | 54101 (CHAPTER 11) *(In re Akron* |
| | ) | *Thermal, Limited Partnership, Debtor)* |
| City of Akron, | ) | |
| | ) | |
| Appellee. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, the Motion of Appellee to Dismiss the Appeal (ECF 5) is sustained.  Appeal dismissed.

IT IS SO ORDERED.

  February 16, 2010                        *s/ David D. Dowd, Jr.*
Date                                         David D. Dowd, Jr.
                                             U.S. District Judge